UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>JOSE GONZALEZ-TEJADA, )<br>)<br>Defendant. ) | Criminal No. 04-30047-MAP<br><br>8 U.S.C. § 1326<br>(Reentry of Deported Alien)<br>(Count One) |

INDICTMENT

The Grand Jury charges:

COUNT ONE:    (Title 8, United States Code,
              Section 1326: Reentry of Deported
              Alien)

   1.  On or about August 18, 2004, in Hampden County, in the District of Massachusetts,

JOSE GONZALEZ-TEJADA

the defendant herein, being an alien and having been arrested and deported from the United States, was found in the United States of America without having received the express consent of the Attorney General of the United States to reapply for admission to the United States.

   All in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

Sentencing Factors

The Grand Jury further finds that:

1. JOSE GONZALEZ-TEJADA was convicted in Hampden county Superior Court on February 24, 1989, for a drug trafficking offense for which the sentence imposed exceeded thirteen months.

Accordingly, U.S.S.G. § 2L1.2(b)(1)(A) is applicable to this case.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
ARIANE D. VUONO
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS:

    Returned into the District Court by the Grand Jurors and filed on October _5_, 2004.

*[signature]*
DEPUTY CLERK OF COURT