AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOSE GONZALEZ-TEJADA

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for United States of America

I certify that I am admitted to practice in this court.

October 5, 2004
Date

_Signature_

Ariane D. Vuono     545766
Print Name     Bar Number

1550 Main Street, Room 310
Address

Springfield     MA     01103
City     State     Zip Code

(413) 785-0330     (413) 785-0394
Phone Number     Fax Number