UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | NO. 04-30047-MAP |
| ) | |
| JOSE GONZALEZ-TEJADA ) | |

APPEARANCE

Please enter my appearance for the defendant, Jose Gonzalez, with regards to the above referenced matter.

THE DEFENDANT

BY: _____
Mark G. Mastroianni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #556084