UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) NO. 04-30047- MAP
)
JOSE GONZALEZ-TEJADA )

## MOTION TO CONTINUE STATUS CONFERENCE

Now comes the defendant and respectfully requests this Honorable Court continue the status conference to another date mutually agreeable to all parties.

As grounds for this request counsel states he was retained on 11/16/04. Counsel further states he has not reviewed any discovery in this matter but has contacted the defendant's present attorney who is mailing a discovery package to him. Counsel will be unable to review discovery in preparation for the scheduled status conference and requests a continuance in order to sufficiently prepare the case and speak with the government regarding its position.

THE DEFENDANT

BY: _____
Mark G. Mastroianni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #556084

## CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Arianne Vuono, Esq., United States District Court, 1550 Main Street, Springfield, Ma. 01103 this _____ day of November, 2004.

_____
Mark G. Mastroianni