```
                                          FILED
                                       .K'S OFFICE
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
                                       2004 NOV 22  P 4: 29
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | U.S.       COURT |
| ) | DIST.    OF MASS. |
| ) | |
| v. ) | CRIMINAL NO. 04-30047-MAP |
| ) | |
| ) | |
| JOSE GONZALEZ-TEJADA, ) | |
| ) | |
| Defendant. ) | |

THE GOVERNMENT'S STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby submits the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1. The government states that this is not a complex case and therefore does not require relief from the timing requirements imposed by Local Rule 116.3.

2. The government expects that the defendant will request discovery concerning expert witnesses under Fed.R.Crim.P. 16(a)(1)(E). The government requests reciprocal discovery pursuant to Fed.R.Crim.P. 16(B)(1)(C). Accordingly, it is appropriate for the Court to establish dates for response by the parties.

3. The government, at this time, does not anticipate that additional discovery will be provided by the government and the defendant as a result of the future receipt of information,

documents, or reports of examinations or tests.

4. The government states that a motion date should be established under Fed.R.Crim.P. 12(c).

5. The government states that the time from arraignment, through the present is excludable from the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3). Accordingly, the government requests that the Court issue an order indicating that the time from arraignment to the present is excludable pursuant to Local Rule 112.2(B).

6. The government anticipates a trial in this case which will require approximately one week consisting of four hour trial days.

7. The government states that it is premature to establish a final status conference at this time.

8. The government understands that new counsel, Mark Mastroianni, may enter an appearance for the defendant.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: /s/ Ariane D. Vuono
> ──────────────────────
> Ariane D. Vuono
> Assistant U.S. Attorney

Dated: November 22, 2004

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          November 22, 2004

    I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail to Elaine Pourinski, Esq., 13 Old South Street, Northampton, MA 01060.

                                                             ARIANE D. VUONO
                                                             Assistant U.S. Attorney