```
                                             FILED
                                          ...'S OFFICE
        UNITED STATES DISTRICT COURT
         DISTRICT OF MASSACHUSETTS     2004 DEC -3  P 5:01

                                         U.S. ... COURT
                                         DISTRICT OF MASS.
```

UNITED STATES OF AMERICA        )
                                )
                                )
         v.                     )   CRIMINAL NO. 04-30047-MAP
                                )
JOSE GONZALEZ-TEJADA,           )
                                )
         Defendant.             )

### GOVERNMENT'S MOTION TO CONTINUE THE STATUS CONFERENCE

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests the status conference hearing scheduled for December 6, 2004, be continued. In support of its motion the government states the following:

1. The status conference is currently scheduled for December 6, 2004.

2. The Assistant U.S. Attorney who is assigned to this case will be out of the state until at least December 12, 2004, due to a family emergency.

Accordingly, the government respectfully requests that the status conference be continued to a date convenient for this

Court and defense counsel, after December 16, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Kevin O'Regan
Assistant U.S. Attorney

Dated: December 3, 2004

## CERTIFICATE OF SERVICE

Hampden, ss.                          Springfield, Massachusetts
                                      December 3, 2004

I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by fax and mail to Mark Mastroianni, 95 State Street, Springfield, MA 01103-2000.

_____
Kevin O'Regan
Assistant U.S. Attorney