UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30047-MAP |
| ) | |
| JOSE GONZALEZ-TEJADA, ) | |
| Defendant ) | |

FINAL STATUS REPORT
December 22, 2004

NEIMAN, U.S.M.J.

The court held an initial status conference this day which, with the parties' consent, was converted into a final status conference. In accord with Local Rule 116.5(D), the court reports as follows:

1. A trial is unlikely. If necessary, however, a trial will take approximately one week.

2. An initial pretrial conference has been scheduled for February 2, 2005, at 2:30 p.m. in Courtroom I.

3. All discovery has been completed.

4. The parties report and the court finds that no time will have run on the Speedy Trial clock as of February 2, 2005. An Order of Excludable Delay will issue.

5. There are no other matters relevant to the progress or resolution of the case.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN

U.S. Magistrate Judge