UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) NO. 04-30047 |
| | ) |
| JOSE GONZALEZ-TEJADA | ) |

### SENTENCING MEMORANDUM

Now comes the defendant and respectfully requests this Honorable Court sentence the defendant to eighteen (18) months to be served in Federal custody. As grounds for this request the defendant states he should be sentenced well under the present guideline range. The defendant states the recommended sentence adequately addresses the seriousness of the crime, provides adequate deterrent while protecting the public from further commission of crimes. The defendant will be deported when this sentence is completed and if he re-enters again, the punishment will be significant.

Presently the defendant's family circumstances include a need to care for a severely disabled child. The defendant has an opportunity of employment when he is deported to the Dominican Republic. Once working, he will be able to send money back to his family. The defendant has provided both financial and emotional support for his children. The unfortunate circumstances of the defendant's daughter require that she receive more support than children who are without any physical disability. The defendant's wife has indicted to pretrial services she is anticipating the defendant's being able to work and send money back for support. The family will be staying in the immediate Springfield area in order to have the child's medical necessities met. The defendant was reported by his wife to be a good person and great father with a very close relationship with both of his children. Both children miss their father very much, according to the interview of the defendant's wife, and that increases the punitive affect of any sentence.

The defendant's re-entry into the United States was, in large part, driven by his desire to be together with his family as his wife and son would visit him in the Dominican Republic often. Upon learning his wife was pregnant with their second child, the defendant decided to join the family in the United States.

The defendant will never be classified to minimum custody as he has an immigration detainer held against him. Accordingly, the yearly costs of confining him is $23,183.69 per year. The government can save over two years of costs by imposing an eighteen (18) month sentence which, in and of itself, addresses all the factors to be considered in sentencing under U.S. Code 18 sec. 3553.

Respectfully submitted,
THE DEFENDANT

BY: _____
Mark G. Mastroianni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Arianne Vuono, Esq., United States District Court, 1550 Main Street, Springfield, Ma. 01103 this 2nd day of May, 2005.

_____
Mark G. Mastroianni